# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM S32789** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Jacob M. FEKETE** | ) | |
| **Airman (E-2)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 2** |

On 7 October 2024, Appellant submitted a Motion to Withdraw from Appellate Review and Motion to Attach. The attachments are a DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by both Appellant and Appellant's counsel on 4 October 2024; a redacted copy of the entry of judgment in Appellant's case dated 3 June 2024, without attachments; and a redacted copy of the staff judge advocate's first indorsement to the entry of judgment, dated 4 June 2024.

The Government did not submit any opposition.

Accordingly, it is by the court on this 10th day of October, 2024,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Motion to Attach are **GRANTED.** Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

OLGA STANFORD, Capt, USAF
Commissioner